COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      City of Houston v. Nikolette Ledesma and Elsa Estrada

Appellate case number:    01-22-00377-CV

Trial court case number:  2017-84026

Trial court:              270th District Court of Harris County

Appellant, City of Houston, has filed an "Unopposed Motion to Transfer Record from Prior Related Appeal." In its motion, the City notes that there was a prior, related appeal in this Court, appellate case number 01-19-00034-CV, "which resulted in the case being remanded back to the trial court." The City requests that the clerk's record from the prior appeal be transferred to this appeal.

Appellant's motion is **granted**. The Clerk of this Court is directed to copy the clerk's record, filed on February 19, 2019, in appellate case number 01-19-00034-CV, and file the copies in appellate case number 01-22-00337-CV.

It is so ORDERED.

Judge's signature: ___/s/ April Farris_____
                   ☑ Acting individually    ☐ Acting for the Court

Date: __September 22, 2022_____